## Commonwealth *v.* Jones, Appellant.

Before JENKINS, J., without a jury.

Submitted September 8, 1975. *Raymond E. Kumor, Charles S. Lieberman,* and *Wolov, Rosenberg & Alexy,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., dissents as to the conspiracy count.